EMMA D. PITKIN, as Administratrix of the Estate of FAY PITKIN, Deceased, Appellant, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent.

*Pitkin* v. *N. Y. C. & H. R. R. R. Co.*, 109 App. Div. 911, affirmed.
(Argued April 19, 1906; decided May 8, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court' in the fourth judicial department, entered December 4, 1905, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for the alleged negligent killing of plaintiff's intestate.

*Frank C. Sargent* for appellant.

*Thomas Burns* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ. Not sitting: GRAY, J.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE C. ROSE, Appellant, *v.* JACOB V. JACOBS et al., as Assessors of the City of Troy, Respondents.

*People ex rel. Rose* v. *Jacobs*, 106 App. Div. 614, affirmed.
(Argued April 19, 1906; decided May 8, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered July 11, 1905, which affirmed an order of Special Term dismissing a writ of certiorari and confirming the proceedings of the defendants in assessing real property of the relator for the year 1902.

*John B. Holmes* and *Chester G. Wager* for appellant.

*G. B. Wellington, Corporation Counsel (Pierce H. Russell* of counsel), for respondents.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN and WILLARD BARTLETT, JJ. Not voting: EDWARD T. BARTLETT, J. Not sitting: CHASE, J.